# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTAY GREEN, | ) | Civil Action No. 2:20-cv-1081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | United States District Judge |
| v. | ) | Robert J. Colville |
| | ) | |
| THEODORE MATHIS, III, | ) | United States Magistrate Judge Lisa |
| | ) | Pupo Lenihan |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Magistrate Judge (ECF No. 32) recommending that this case be dismissed for failure to prosecute and for failure to comply with court orders. Objections to the Report and Recommendation were due by April 19, 2021. No objections were filed. The matter is ripe for disposition.

The district court must make a *de novo* determination of those portions of the report to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir.1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The District Court Judge may also receive further evidence or recommit the matter to the Magistrate Judge with instructions

Upon *de novo* review of the Report and Recommendation and the entire record in this matter, and finding no reason to depart therefrom, the following order is entered.

**AND NOW**, this 27th day of April, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

**IT IS ORDERED** that the Report and Recommendation (ECF NO. 32) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this case **CLOSED.**

**IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

cc: all Registered ECF Counsel

DONTAY GREEN
98735
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219

S.C.I. Camp Hill,
QF-9631
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001